HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIANNA HATLEBERG,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY and NEWCO, INC. d/b/a CASCADE COLUMBIA DISTRIUBTION COMPANY,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00464-JLR<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT NEWCO, INC. D/B/A CASCADE COLUMBIA DISTRIBUTION COMPANY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Noted for Consideration: April 28, 2020 |

**STIPULATION**

1.　The parties, through counsel, stipulate and agree that good cause exists to extend the deadline for defendant New Co, Inc. d/b/a Cascade Columbia Distribution Company ("Newco") to answer or otherwise respond to Plaintiff's Complaint.

2.　On March 27, 2020, Defendant The Boeing Company ("Boeing") removed this case from the Superior Court of the State of Washington for King County.

3.　Three other plaintiffs filed similar complaints in the Superior Court of Washington, King County, all of which Boeing also removed to this Court on March 27, 2020. They are: (a) Ashley Wahl, *see Wahl v. The Boeing Co. et al.*, U.S.D.C., W.D. Wash. Case No. 2:20-cv-00467-JLR; (b) Marie Riley, *see Riley v. The Boeing Co. et al.*, U.S.D.C., W.D. Wash.

/ / /

STIPULATION EXTENDING TIME FOR DEFENDANT NEWCO, INC. D/B/A CASCADE COLUMBIA DISTRIBUTION COMPANY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

Case No. 2:20-cv-00458-JLR; and (c) Dana Ford as guardian of N.F., *see Ford v. The Boeing Co. et al.*, U.S.D.C., W.D. Wash. Case No. 2:20-cv-00463-JLR.

4. The Plaintiffs in each of these four cases are represented by the same undersigned plaintiffs' counsel. Newco is represented in each of the four cases by the same undersigned defense counsel.

5. The Plaintiffs filed motions to remand in each of these four cases on April 27, 2020.

6. The parties agree that it would be in the interests of efficiency, and would conserve the parties' and the Court's resources, if the parties were first to brief and resolve Plaintiff's motion to remand, and then turn to Newco's answer or potential motion to dismiss should the Court deny remand.

7. Therefore, the parties stipulate and agree that the deadline for Newco's answer or other initial response to the Complaint should be extended to twenty-one (21) days following the Court's order resolving Plaintiff's motion to remand.

IT IS SO STIPULATED:

Date: April 28, 2020

*/s/ Susan Ulrich*
Brian D. Weinstein, WSBA No. 24497
Alexandra Caggiano, WSBA No. 47862
Phillip A. Chu, WSBA No. 46014
service@weinsteincaggiano.com

Susan Ulrich, admitted *Pro Hac Vice*
sulrich@waterskraus.com
*Attorneys for Plaintiff*

Date: April 28, 2020

*/s/ Nancy M. Erfle*
Nancy M. Erfle, WSBA No.: 20644
nerfle@grsm.com
Kelly F. Huedepohl, WSBA No.: 53456
khuedepohl@grsm.com
*Attorneys for Defendant Newco, Inc. d/b/a Cascade Columbia Distribution Company*

---

STIPULATION EXTENDING TIME FOR DEFENDANT NEWCO, INC. D/B/A CASCADE COLUMBIA DISTRIBUTION COMPANY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT – Page 2

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington that I am over the age of 18, and on this date I caused a copy of the foregoing **STIPULATION EXTENDING TIME FOR DEFENDANT NEWCO, INC. D/B/A CASCADE COLUMBIA DISTRIUBTION COMPANY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** to be served as stated below:

☒ by transmitting via electronic delivery (e-mail) the attached document(s) to the e-mail address(es) set forth below.

☒ by transmitting via electronic delivery the attached document(s) to all attorneys of record using the CM/ECF system.

| | |
|---|---|
| Brian D. Weinstein, WSBA No. 24497<br>Alexandra B. Caggiano, WSBA No. 47862<br>Phillip A. Chu, WSBA No. 46014<br>Weinstein Caggiano PLLC<br>601 Union Street, Suite 2420<br>Seattle, Washington 98101<br>service@weinsteincaggiano.com<br>*Attorneys for Plaintiff* | Susan Ulrich, WSBA No. 54568<br>Waters Kraus & Paul<br>222 N Sepulveda, Suite 1900<br>El Segundo, CA 90245<br>sulrich@waterskraus.com<br>bandrews@waterskraus.com<br>mconnett@waterskraus.com<br>kloew@waterskraus.com<br>*Attorneys for Plaintiff* |
| Victoria Phillips<br>Diane Paolicelli<br>Phillips & Paolicelli, LLP<br>747 Third Avenue, 6th floor<br>New York, NY 10017<br>vphillips@p2law.com<br>dpaolicelli@p2law.com<br>*Attorneys for Plaintiff* | David C. Strouss<br>Brad J. Mitchell<br>Thornton Law Firm<br>1 Lincoln St., 13th Fl.<br>State Street Financial Center<br>Boston, MA 02111<br>dstrouss@tenlaw.com<br>bmitchell@tenlaw.com<br>*Attorneys for Plaintiff* |
| Todd W. Rosencrans, WSBA No. #26551<br>Monique Wirrick, WSBA No. 34093<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>TRosencrans@perkinscoie.com<br>MWirrick@perkinscoie.com<br>*Attorneys for Defendant The Boeing Company* | |

**I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.**

DATED this 28th day of April, 2020 at Portland, Oregon.

GORDON REES SCULLY MANSUKHANI LLP

By: _____
Heather A. Coffey, Legal Assistant

CERTIFICATE OF SERVICE – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW 5th Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIANNA HATLEBERG,<br><br>                              Plaintiff,<br><br>     vs.<br><br>THE BOEING COMPANY and NEWCO, INC. d/b/a CASCADE COLUMBIA DISTRIBUTION COMPANY,<br><br>                              Defendants. | Case No. 2:20-cv-00464-JLR<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT NEWCO, INC. D/B/A CASCADE COLUMBIA DISTRIBUTION COMPANY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Based on the stipulation of the parties, it is HEREBY ORDERED that the deadline for defendant Newco, Inc. d/b/a Cascade Columbia Distribution Company to answer or otherwise respond to the complaint is extended to twenty-one (21) days following the Court's order resolving Plaintiff's motion to remand.

DATED this  30th  day of     April    , 2020.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT NEWCO, INC. D/B/A CASCADE COLUMBIA DISTRIBUTION COMPANY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600