1

2

3

4

5

6

7

8

9

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

10

TIANA HATLEBERG,

CASE NO. C20-0464JLR

11

              Plaintiff,

ORDER

12

           v.

13

THE BOEING COMPANY, et al.,

14

              Defendants.

15       On June 2, 2020, the court issued an order granting Plaintiff Tiana Hatleberg's

16 motion for remand. (6/2/20 Order (Dkt. # 32).)  The order was provisionally filed under

17 seal, and the court ordered the parties to file a motion justifying the continued sealing of

18 the order if they believed it should remain under seal.  (*Id.* at 1 ("If neither party files

19 such a motion, the court will unseal this order.").)  No party has filed a motion in

20 response.  (*See generally* Dkt.)  Accordingly, the court ORDERS that:

21       1.   The Clerk shall unseal its June 2, 2020 order granting Ms. Hatleberg's motion

22           to remand (Dkt. # 32);

ORDER- 1

2. Except for any potential motions for attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c), all further proceedings in this case are REMANDED to the Superior Court for King County, Washington;

3. The Clerk shall send copies of this order and the court's June 2, 2020 order granting Ms. Hatleberg's motion to remand (Dkt. # 32) to all counsel of record for all parties;

4. Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of this order and the order of remand (Dkt. # 32) to the Clerk for the Superior Court of King County, Washington;

5. The Clerk shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County, Washington;

6. Except for any briefs regarding attorneys' fees and costs, the parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they are entitled from the courts of the State of Washington, as may be appropriate in due course; and

7. The Clerk shall CLOSE this case.

Dated this 22nd day of October, 2020.

JAMES L. ROBART
United States District Judge

ORDER- 2